**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7046**

---

NATHANIEL PITT,

Petitioner - Appellant,

versus

JOHN T. HADDEN,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-95-863-5-HC-F)

---

Submitted: September 20, 1996        Decided: October 2, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nathaniel Pitt, Appellant Pro Se. Bruce Charles Johnson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Pitt v. Hadden</u>, No. CA-95-863-5-HC-F (E.D.N.C. June 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2